■ JEWISH HOSPITAL & MEDICAL CENTER OF BROOKLYN, as Assignee of LATRINA YANCEY, et al., Appellants, v MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.—Order of the Supreme Court, Nassau County, dated July 30, 1985, affirmed, with costs, for reasons stated by Justice McCaffrey in his memorandum decision at Special Term. Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.